UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 DEC -4  PM 2:38

CLERK

BY ___AL___
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )
)
THOMAS NDISSI, )
Defendant. )

NO. 2:25-Cr-143-1

(18 U.S.C. § 2422(b))

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From in or about September 25, 2025, through on or about November 3, 2025, in the District of Vermont and elsewhere, the defendant, THOMAS NDISSI, using any facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely Title 13, Vermont Statutes Annotated, Sections 2602(a)(1) (lewd and lascivious conduct with a child), and 3252(c) (statutory rape).

(18 U.S.C. § 2422(b))

A TRUE BILL



FOREPERSON

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

KATHERINE HOLLINGSWORTH FLYNN
Assistant United States Attorney
Burlington, Vermont
December 4, 2025