AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont

2025 DEC -8  AM 11: 08

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | Case No. 2:25-mj-154-1 |
| | ) | |
| THOMAS NDISSI | ) | 2:25-Cr-143-1 |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    THOMAS NDISSI                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint

❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

Knowingly attempted to entice a child to engage in sexual activity by use of means of interstate/foreign commerce in violation of 18 U.S.C. § 2422(b).

Date:  11/8/25                                       _____Kei J. Doyle_____
                                                                  *Issuing officer's signature*

City and state:  Burlington, VT                  Kevin J. Doyle, U.S. Magistrate Judge
                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)*   11/4/25      , and the person was arrested on *(date)*    12/1/25
at *(city and state)*     Burlington, VT          .

Date:  12/5/25                                        _____
                                                                  *Arresting officer's signature*

                                                                  Carl Staley   SDUSM
                                                                  *Printed name and title*