SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                             Case No. 2:25-cr-143-1

Thomas Ndissi

TAKE NOTICE that the above-entitled case has been scheduled at 03:00 p.m. on Monday, June 22, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for an Arraignment and Plea to a Superseding Information.

Location: Courtroom 510                                 JEFFREY S. EATON, Clerk
*Revised as to subject matter only*                By: */s/ Lescha M. Wilder*
                                           Deputy Clerk
                                           6/2/2026

TO:

Jonathan Ophardt, AUSA
Katherine H. Flynn, AUSA

Alejandro Fernandez, FPD

Johanna Masse, Court Reporter