NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

       v.                                    Case No. 2:25-cr-143-1

  Thomas Ndissi

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, October 26, 2026 in Burlington, Vermont, before the Honorable Christina Reiss, Chief District Judge, for a Sentencing.


Location: Courtroom 510                        JEFFREY S. EATON, Clerk

                                           By: */s/ Lescha M. Wilder*
                                         Deputy Clerk
                                         6/22/2026

TO:

Jonathan Ophardt, AUSA
Katherine H. Flynn, SAUSA

Alejandro Fernandez, FPD

Johanna Masse, Court Reporter